UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZEBONE BROWN,

                Plaintiff,

    - against -

GRAPHIC IMAGE, INC.,

                Defendant.

24-cv-4888 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **October 27, 2024**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
           August 8, 2024

                                            John G. Koeltl
                                    United States District Judge