UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ZEBONE BROWN,

                    Plaintiff(s)

          24 civ 4888 (JGK)

    -against-

GRAPHIC IMAGES INCORPORATED,
                    Defendant(s).
-----------------------------------------------------------X

## ORDER

The conference scheduled for Wednesday, October 2, 2024, at 3:00pm is canceled.

**SO ORDERED.**

                                                    **JOHN G. KOELTL**
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         September 24, 2024